UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TOWN & COUNTRY JEWELERS, LLC, Individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MEADOWBROOK INSURANCE GROUP, INC. and JOHN DOES (1-10),<br><br>Defendants. | Civil Action No. 3:15-cv-02519-PGS-LHG |

## JOINT REPORT AND NOTICE OF SETTLEMENT

Plaintiff Town & Country Jewelers, LLC and Defendant Meadowbrook Insurance Group, Inc. (collectively "the Parties"), hereby file this Joint Report pursuant to the Court's February 24, 2017 Order. (Dkt. No. 69.) The Parties report that they have reached an agreement to settle this case and have signed a binding term sheet. The Parties are in the process of preparing the settlement papers and anticipate that Plaintiff will file a motion for preliminary approval of the Settlement within 30 days.

Dated: March 7, 2017

/s/ Keith Keogh
Keith Keogh, Esq. (admitted *pro hac vice*)
Keogh Law, Ltd.
55 W. Monroe St., Suite 3390
Chicago, Illinois 60603
312-726-1092
Keith@KeoghLaw.com

Respectfully submitted:

/s/ Joshua Paster
Joshua Paster
Hunton & Williams LLP
200 Park Avenue
New York, NY 10166
(212) 309-1000
jpaster@hunton.com

1

| | |
|---|---|
| Ari Marcus, Esq.<br>Yitzchak Zelman, Esq.<br>MARCUS & ZELMAN, LLC<br>1500 Allaire Avenue, Suite 101<br>Ocean, New Jersey 07712<br>(732) 695-3282 telephone<br>amarcus@MarcusZelman.com<br>yzelman@MarcusZelman.com<br><br>*Counsel for Plaintiff Town & Country Jewelers, LLC* | Neil K. Gilman (admitted *pro hac vice*)<br>Hunton & Williams LLP<br>2200 Pennsylvania Ave., N.W.<br>Washington, D.C. 20037<br>(202) 955-1500<br>ngilman@hunton.com<br><br>Thomas R. Waskom (admitted *pro hac vice*)<br>Hunton & Williams LLP<br>951 East Byrd Street<br>Richmond, VA 23219<br>(804) 788-8200<br>twaskom@hunton.com<br><br>*Counsel for Defendant Meadowbrook Insurance Group, Inc.* |