## EXHIBIT 1

## CLAIM FORM

**EXHIBIT 1**

***Town & Country Jewelers, LLC v. Meadowbrook Insurance Group, Inc.***
**U.S.D.C. District of New Jersey, Case No. 3:15-cv-02419**

_____, **Claims Administrator**
PO Box [_____]
[_____]

**Toll-Free Number:** x-xxx-xxx-xxxx
**Website:** www.xxxxxxxxxxxxxxx.com

<<mail id>>
<<Name1>>
<<Name2>>
<<Address1>>
<<Address2>>
<<City>><<State>><<Zip>>

## CLAIM FORM

**TO RECEIVE BENEFITS FROM THE SETTLEMENT, YOU MUST PROVIDE ALL OF THE INFORMATION BELOW AND YOU MUST COMPLETE THE AFFIRMATION. IF THIS CLAIM FORM IS SUBMITTED ONLINE, YOU MUST SUBMIT AN ELECTRONIC SIGNATURE. THE PERSON EXECUTING THIS FORM ON BEHALF OF A CORPORATION OR OTHER LEGAL ENTITY MUST BE AUTHORIZED TO DO SO, AND BY SIGNING BELOW IS SO ATTESTING.**

**YOUR CLAIM FORM MUST BE SUBMITTED ON OR BEFORE [INSERT CLAIM DEADLINE].**

1. **CLAIMANT INFORMATION:**

_____
CLASS MEMBER NAME (IF CLASS MEMBER IS A CORPORATION OR OTHER LEGAL ENTITY)

_____
POSITION OF AUTHORIZED REPRESENTATIVE

_____  _____  _____
FIRST NAME         MIDDLE NAME         LAST NAME (FOR AUTHORIZED REPRESENTATIVE)

_____
ADDRESS 1

_____
ADDRESS 2

_____  _____  _____  _____
CITY                                            STATE     ZIP        (optional)

_____  _____
FACSIMILE NUMBER(S) (where you received advertisements)   E-MAIL ADDRESS (optional)

_____
CLASS MEMBER ID (if known)

2. **AFFIRMATION:**

☐ By checking this box and submitting this Claim Form, I certify that the information above is true and accurate and that, on or after April 8, 2011 through _____, I received an advertisement sent to my telephone facsimile machine from Meadowbrook Insurance Group, Inc. (or any of its agents or entities). This Claim Form may be researched and verified by Meadowbrook and/or the Claims Administrator.

Date: _____

**QUESTIONS? VISIT www.xxxxxxxxxxxxxxxxxxx.com OR CALL [_____]**