## EXHIBIT 2

## MAIL NOTICE

FIRST-CLASS
MAIL U.S.
POSTAGE PAID
PERMIT NO
1234

**Town & Country Jewelers v. Meadowbrook Ins. Grp.Settlement**
c/o [CLAIMS ADMINISTRATOR]
[ADDRESS]
[ADDRESS]



John Q. Sample, Jr.
123 Main Street
Apt. #4
New York, NY 12345-6789

**NOTICE OF CLASS ACTION LAWSUIT AND PROPOSED SETTLEMENT**

THE COURT AUTHORIZED THIS NOTICE. THIS IS NOT A SOLICITATION FROM A LAWYER.

**YOU MAY RECEIVE MONEY FROM A SETTLEMENT.**

- If you received advertisements sent to your telephone facsimile machine from Meadowbrook Insurance Group, Inc. between April 8, 2011 through 2017, you may be entitled to benefits under a class action settlement.
- Plaintiff claims that these advertisements were improper. The court has not decided who is right or wrong. Instead the parties have agreed to settle the case to avoid the risk and cost associated with further litigation.
- Eligible class members who submit a valid claim form will receive a payment from the $1,500,000 settlement fund.
- Go to [WEBSITE] for more details.

**Class Member ID:** _____

**What is this?** This is a notice of a proposed settlement in a class action lawsuit, *Town & Country Jewelers v. Meadowbrook Insurance Group, Inc.*, U.S.D.C., District of New Jersey, Case No. 3:15-CV-02419-PGS-LHG. This notice explains your legal rights.

**What is this lawsuit about?** The lawsuit alleges that Meadowbrook Insurance Group, Inc. violated the Telephone Consumer Protection Act because Meadowbrook sent advertisements to the Class Members' telephone facsimile machines. Meadowbrook has denied all wrongdoing. The Court has not ruled on the merits of Plaintiff's claims or Meadowbrook's defenses.

**Why am I getting this notice?** You were identified as someone who may be a member of this Settlement Class.

**What does the settlement provide?** Meadowbrook has agreed to pay a total of $1,500,000 into a Settlement Fund. The Settlement Fund will pay cash awards to Class Members who file a valid claim on a pro rata basis up to $1,500 after Class Counsel's attorneys' fees and costs of up to one third of the settlement which is $500,000 (subject to Court approval), a service award of $10,000 to Plaintiff (subject to Court approval), pay settlement administration costs, and possibly pay a charitable contribution to _____ only for the amount of any uncashed checks after redistribution of funds to claimants.

**Can I get money from the settlement?** Yes, if you are a member of the Settlement Class. Each Class Member who submits a valid and timely Claim Form will receive a cash award. How much each Class Member receives will depend on how many people make claims that are approved. Class Counsel estimates that the amount for each valid claim will be between ____ and ____.

**How do I get a payment?** You must complete and submit a valid Claim Form by _____. The Claim Form is enclosed and available at _____ or by calling _____. You can submit your Claim Form by mailing it to the address below, online at _____ or by calling _____.

**Do I have to be included in the settlement?** If you don't want to receive money from this settlement and you want to keep the right to sue or continue to sue Meadowbrook Insurance Group on your own, then you must exclude yourself from the settlement. You will not get any money if you exclude yourself. The Court will exclude any class member who properly requests exclusion by sending a letter requesting exclusion to the Settlement Administrator at the address below by _____. That request must contain your name, address, signature and a statement that you wish to be excluded from the Settlement.

**If I don't like something about the Settlement, how do I tell the Court?** If you don't exclude yourself from the Settlement, you can object to any part of the Settlement. You must mail your written objection to the Court, Class Counsel and Meadowbrook's counsel by _____. You may enter an appearance through an attorney if you wish, but you do not have to. Complete details about how to object are on the Settlement Website.

**What if I do nothing?** You will not be eligible for a payment. All Class Members who do not opt out will be bound by the Settlement and the decisions of the Court, and will release Meadowbrook from liability for the calls.

**When is the Final Approval Hearing?** The Court will hold a hearing in this case to consider whether to approve the Settlement on _____ at _____, United States District Court, 402 E. State Street, Trenton NJ 08608. You may go to the hearing, but you do not have to.

**How do I get more information about the settlement?** This notice contains limited information about the Settlement. For more information, to view additional settlement documents, and to review information regarding your exclusion and objection rights and the final approval hearing, visit [URL], or call [NUMBER].

[INSIDE FRONT]

Place Stamp Here

FROM: _____

*Mail To:*
**Town & Country v. Meadowbrook Insurance Group, Inc. Settlement**
c/o [CLAIMS ADMINISTRATOR]
[ADDRESS]
[ADDRESS]

# CLAIM FORM

**TO RECEIVE BENEFITS FROM THE SETTLEMENT, YOU MUST PROVIDE ALL OF THE INFORMATION BELOW AND YOU MUST COMPLETE THE AFFIRMATION. IF THIS CLAIM FORM IS SUBMITTED ONLINE, YOU MUST SUBMIT AN ELECTRONIC SIGNATURE.**

**YOUR CLAIM FORM MUST BE SUBMITTED ON OR BEFORE [INSERT DATE]**
(Claimants with privacy concerns may submit their claim online, or may mail this card in an envelope to the same address)

1. **CLAIMANT INFORMATION:**

   FIRST NAME    MIDDLE NAME    LAST NAME

   ADDRESS 1

   ADDRESS 2

   CITY            STATE    ZIP    (optional)

   FACSIMILE NUMBER(S) (where you received advertisements)        E-MAIL ADDRESS (optional)

   CLASS MEMBER ID

2. **AFFIRMATION:**

   By checking this box and submitting this Claim Form, I certify that the information above is true and accurate and that, on or after April 8, 2011 through _____, 2017, I received an advertisement sent to my telephone facsimile machine from Meadowbrook Insurance Group, Inc. (or any of its agents or entities). This Claim Form may be researched and verified by Meadowbrook and/or the Claims Administrator.

   Date:

   QUESTIONS? VISIT [INSERT URL] OR CALL [INSERT TOLL-FREE NUMBER]