## EXHIBIT 3

## WEBSITE NOTICE

*Town & Country Jewelers, LLC v. Meadowbrook Insurance Group, Inc.*,
United States District Court for the District of New Jersey,
Case No. 3:15-cv-2419

If you received advertisements sent to your telephone facsimile machine from Meadowbrook Insurance Group, Inc. between April 8, 2011 through _____, 2017, you may be entitled to benefits under a class action settlement.

*A federal court authorized this Notice. This is not a solicitation from a lawyer.*

- This notice concerns the Settlement that resolves claims in the lawsuit *Town & Country Jewelers, LLC v. Meadowbrook Insurance Group, Inc.*, U.S.D.C., District of New Jersey, Case No. 3:15-cv-2419.

- In the lawsuit, Plaintiff Town & Country Jewelers, LLC ("Plaintiff") alleges that Meadowbrook Insurance Group, Inc. ("Meadowbrook") violated the Telephone Consumer Protection Act 47 U.S.C. § 227, et seq. (the "TCPA") by sending advertising messages to telephone facsimile machines.

- Depending upon how many class members submit valid claim forms, claimants may receive up to $1,500 apiece.

- The Settlement will provide a total of $1,500,000 (the "Settlement Fund") to settle and release claims of persons who received an advertisement on their telephone facsimile machine during the time period set forth above (the "Settlement Class").

- Meadowbrook denies Plaintiff's allegations and denies any wrongdoing whatsoever. By entering into the Settlement, Meadowbrook has not conceded the truth or validity of any of the claims against it.

- The Settlement Fund shall be used to pay all amounts related to the settlement, including awards to Settlement Class Members who submit a valid and timely claim form to receive payment ("Claim Form"), attorneys' fees and costs to attorneys representing Plaintiff and the Settlement Class ("Class Counsel"), any service awards to Plaintiff and the costs of notice and administration of this Settlement. Monies remaining in the Settlement Fund if checks are uncashed will be redistributed, if practicable, to claimants who cashed their checks. If subsequent distributions to Settlement Class Members are not economically feasible, monies remaining will be distributed to _____, a charity approved by the Court. No amount of the Settlement Fund will revert to Meadowbrook.

- Your rights and options relating to the Settlement, and the deadlines by which to exercise them, are explained in this Notice. Your legal rights are affected whether you act or don't act. Read this Notice carefully.

EXHIBIT 3

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT: ||
|---|---|
| SUBMIT A CLAIM FORM | If you are eligible to submit a Claim and submit a valid Claim Form by _____, you will receive a payment and will give up your rights to sue Meadowbrook Insurance Group, Inc. and/or any other released parties on a released claim. Claim Forms may be submitted by mail to _____ or through the settlement website by clicking _____. |
| EXCLUDE YOURSELF OR "OPT-OUT" OF THE SETTLEMENT | If you ask to be excluded, you will not receive a payment. This is the only option that allows you to pursue your own claims against Meadowbrook Insurance Group, Inc. and/or other released parties in the future. The deadline for excluding yourself is _____. |
| OBJECT TO THE SETTLEMENT | Write to the Court about why you believe the settlement is unfair in any respect. The deadline for objecting is _____. To obtain a benefit from this settlement, you must still submit a Claim Form. If you submit only an objection, you will not receive any benefit from the Settlement and you will give up your rights to sue Meadowbrook Insurance Group, Inc. and/or any other released parties on a released claim. |
| DO NOTHING | If you do nothing, you will not receive any monetary award and you will give up your rights to sue Meadowbrook Insurance Group, Inc. and/or any other released parties on a released claim. |
| GO TO THE FINAL APPROVAL HEARING | Ask to speak in Court about the fairness of the Settlement. To speak at the Final Approval Hearing, you must file a document which complies with the requirements set forth on the Settlement Website. |

- These rights and options—and the deadlines to exercise them—are explained in this Notice.

- The Court still has to decide whether to approve the Settlement. Payments will be made if the Court approves the Settlement and after any appeals are resolved. Please be patient.

EXHIBIT 3
## BASIC INFORMATION

**1. What is the purpose of this Notice?**

The purpose of this Notice is to inform you that a proposed Settlement has been reached in the lawsuit entitled *Town & County Jewelers, LLC v. Meadowbrook Insurance Group, Inc.*, U.S.D.C. District of New Jersey, Case No. 3:15-cv-2419. Because your rights will be affected by this Settlement, it is extremely important that you read this Notice carefully.

**2. What does it mean if I received an email or postcard about this settlement?**

If you received a postcard describing this Settlement, that is because Meadowbrook's records indicate that you may be a member of the Settlement Class.

**3. What is this class action lawsuit about?**

In a class action, one or more people called class representatives (here, Plaintiff) sue on behalf of people who allegedly have similar claims. This group is called a class and the persons included are called class members. One court resolves the issues for all of the class members, except for those who exclude themselves from the class.

Here, Plaintiff claims Meadowbrook violated the TCPA by sending advertisements to persons' telephone facsimile machines without prior consent. Meadowbrook denies these allegations and denies any claim of wrongdoing. The Court has conditionally certified the Settlement Class for settlement purposes only. The Honorable Peter G. Sheridan is in charge of this action.

**4. Why is there a settlement?**

The Court has not decided in favor of Plaintiff or Defendant. Instead, both sides agreed to the Settlement, thereby avoiding the risk and cost of further litigation and ensuring Settlement Class Members will receive some compensation for their claims. Plaintiff and Class Counsel think the Settlement is best for all persons in the Settlement Class.

## WHO IS IN THE SETTLEMENT CLASS?

**5. How do I know if I am a part of the Settlement Class?**

The Court has certified the Settlement Class for settlement purposes only. The Settlement Class is defined as:

> All persons nationwide within the United States who are included in Meadowbrook's GoldMine customer relationship management database and received any advertisement on their telephone facsimile machines from Defendant or its agents or employees since April 8, 2011 through preliminary approval.

"Settlement Class Member" is defined as any person in the Settlement Class who is not validly excluded from the Settlement Class. If you are still not sure whether you are included, you can

EXHIBIT 3

visit other sections of the Settlement Website, _____, you may write to the Claims Administrator at _____, c/o _____, or you may call the Toll-Free Settlement Hotline, 1-_____, for more information.

## THE LAWYERS REPRESENTING YOU

**6. Do I have lawyers in this case?**

The Court has appointed the law firms of Marcus & Zelman, LLC and Keogh Law, LTD., as Class Counsel to represent you and the other persons in the Settlement Class. You will not be personally charged by these lawyers.

**7. How will Class Counsel be paid?**

Class Counsel will ask the Court to approve payment of up to one third of the Settlement Fund, which is $500,000, to them for attorneys' fees, plus actual litigation expenses. Class Counsel also will ask the Court to approve payment of up to $10,000 to the Plaintiff for its services as Class Representative. The Court may award less than these amounts.

## THE SETTLEMENT BENEFITS – WHAT YOU GET

**8. What does the settlement provide?**

**Settlement Fund.** Meadowbrook will pay the total amount of $1,500,000 into the Settlement Fund, which will cover: (1) cash payments to Settlement Class Members who submit timely and valid Claim Forms on a pro rata basis up to $1,500; (2) an award of attorneys' fees and costs to Class Counsel, in an amount not to exceed $500,000 (33-1/3%) of the Settlement Fund plus actual litigation expenses, as approved by the Court; (3) a service award to Plaintiff, in an amount not to exceed $10,000 to the Plaintiff, as approved by the Court; (4) the costs of notice and administration of the Settlement in an amount not expected to exceed $60,000; and (5) if there are any uncashed checks after redistribution of the amount of uncashed checks becomes impracticable, a charitable contribution, which must also be approved by the Court.

**Cash Payments.** All Settlement Class Members are eligible to submit a Claim Form and receive a cash payment. To submit a Claim Form, follow the procedures described under Question 11 below.

**No Portion of the Settlement Fund Will Return to Meadowbrook.** Any money remaining in the Settlement Fund after paying all valid and timely claims to Settlement Class Members, attorneys' fees and costs to Class Counsel, any service award to Plaintiff and the costs of notice and administration of the settlement will be paid either: (1) in a second distribution to Settlement Class Members (i) who submitted valid and timely Claim Forms and whose initial payments were cashed, and (ii) who, prior to the first distribution, submitted untimely, but otherwise valid, Claims; or (2) if there are not enough funds to justify a second distribution, the remaining funds will be donated to _____, a *cy pres* recipient approved by the Court. No portion of the Settlement Fund will return to Meadowbrook.

**9. How much will my payment be?**

EXHIBIT 3

Your share of the Settlement Fund will depend on the number of valid Claim Forms that Settlement Class Members submit subject to a cap of $1,500 per class member. **Class Counsel estimates that valid claimants will receive at least $XXX.**

### 10. What am I giving up to stay in the Settlement Class?

Unless you exclude yourself from the Settlement, you will be part of the Settlement Class and will be bound by the release of claims in the Settlement. This means that if the Settlement is approved, you cannot rely on any Released Claim to sue or continue to sue, on your own or as part of any other lawsuit, Meadowbrook and/or any other Released Parties, as explained in the Settlement Agreement. It also means that all of the Court's orders will apply to you and legally bind you. Unless you exclude yourself from the Settlement, you will agree to release Meadowbrook and any other Released Parties, as defined in the Settlement Agreement, from any and all claims that arise from the advertisements sent to your telephone facsimile machine at issue in this action.

In summary, the Release includes, without limitation, all claims that arise out of the sending by Meadowbrook or any of its agents or affiliates, acting for or on their behalf, of facsimile advertisements, including, but not limited to, claims under or for violation of the TCPA, and the regulations promulgated thereunder and relevant case law, and all claims for violation of any other state or federal statutory or common law that regulates, governs, prohibits or restricts the use of telephone facsimile machines, including but not limited to the transmission of advertisements to telephone facsimile machines.

If you have any questions about the Release or what it means, you can speak to Class Counsel, listed under Question 6, for free, or you can, at your own expense, talk to your own lawyer. The Release does not apply to persons potentially in the Settlement Class who timely exclude themselves.

## HOW TO OBTAIN A PAYMENT

### 11. How can I get a payment?

To receive a payment, you must submit a Claim Form. You may get a Claim Form on the Settlement Website, www. _____.com, or by calling the Toll-Free Settlement Hotline, _____. **Read the instructions carefully, fill out the form completely and accurately, and submit it.** To be valid, the Claim Form must be completed fully and accurately and submitted timely. The Claim Form must also include the written, electronic or oral affirmation set forth on the Claim Form. A Claim Form may be submitted by mail to the Claims Administrator at: _____, c/o _____, via the Settlement Website [click here].

If you are submitting your claim via the Settlement Website, it must be submitted no later than _____. If you are mailing your Claim Form to the Claims Administrator, it must be postmarked by _____.

EXHIBIT 3
## WHEN WILL I RECEIVE MY SETTLEMENT PAYMENT?

**12. When would I receive a settlement payment?**

The Court will hold a Final Approval Hearing on _____ to decide whether to approve the Settlement. If the Court approves the Settlement, after that, there may be appeals. It is always uncertain whether these appeals can be resolved, and resolving them can take time, perhaps more than a year. Everyone who sends in a Claim Form will be informed of the progress of the Settlement through information posted on the Settlement Website at www. _____ .com. Please be patient.

### EXCLUDING YOURSELF FROM THE SETTLEMENT

**13. How do I get out of the settlement?**

If you want to keep the right to sue or continue to sue Meadowbrook or a Released Party, as defined in the settlement agreement, then you must take steps to get out of the Settlement Class. This is called excluding yourself from, or opting-out of, the Settlement Class.

To exclude yourself from the Settlement, you must send an exclusion request to the claims administrator. To be valid, an exclusion request must: (i) be personally signed by the person in the Settlement Class who is requesting exclusion, or, in the case of companies that received advertisements via telephone facsimile machine, an authorized representative of the company; (ii) include the full name and address of the person in the Settlement Class requesting exclusion; and (iii) include the following statement: "I/we request to be excluded from the Settlement in the Meadowbrook action." No request for exclusion will be valid unless all of the information described above is included. No person in the Settlement Class, or any person acting on behalf of or in concert or participation with that person in the Settlement Class, may exclude any other person or any group of persons from the Settlement Class.

**To be valid, you must mail your exclusion request postmarked no later than _____ to the Claims Administrator at _____, c/o _____**

**14. If I do not exclude myself, can I sue Meadowbrook for the same thing later?**

No. If you do not exclude yourself, you give up any right to sue (or continue to sue) Meadowbrook or any Released Parties for the claims that this settlement resolves.

**15. If I exclude myself, can I get a benefit from this settlement?**

No. If you ask to be excluded, you will not be able to submit a Claim Form for a settlement payment and you cannot object to the Settlement.

# EXHIBIT 3
## OBJECTING TO THE SETTLEMENT

### 16. How do I tell the Court that I do not think the settlement is fair?

If you are in the Settlement Class, you can object to the Settlement or any part of the Settlement that you think the Court should reject, and the Court will consider your views. If you do not provide a written objection in the manner described below, you shall be deemed to have waived any objection and shall forever be foreclosed from making any objection to the fairness, reasonableness, or adequacy of the Settlement or the award of any attorneys' fees and costs and/or service awards.

To object, you must make your objection in writing, stating that you object to the Settlement in Town & Country Jewelers, LLC v. Meadowbrook Insurance Group, Inc. To be considered by the Court, the written objection must: (a) attach documents establishing, or provide information sufficient to allow the Parties to confirm, that the objector is a Settlement Class Member, including providing the facsimile telephone number at issue; (b) include a statement of such Settlement Class Member's specific objections; (c) state the grounds for objection, as well as identify any documents which the objector desires the Court to consider; and (d) if the Settlement Class Member is represented by an attorney, list all other cases in which the Class Member has filed an objection.

**To be considered, you must file your objections with the Court and mail your objections to the addresses below no later than _____.**

For Plaintiff:

Keith J. Keogh
Keogh Law, LTD
55 W. Monroe St, Suite 3390
Chicago, IL 60603

For Meadowbrook Insurance Group, Inc.:

Thomas R. Waskom
Hunton & Williams, LLP
951 East Byrd Street
Richmond VA 23219

**Even if you timely and properly object, to obtain a benefit from this settlement, you must submit a Claim Form. If you object but fail to submit a Claim Form, you will not receive any monetary award.**

### 17. What is the difference between objecting and excluding yourself?

Objecting is telling the Court that you do not like something about the Settlement. You can object only if you stay in the Settlement Class. Excluding yourself means that you do not want to be part of the Settlement Class. If you exclude yourself, you have no basis to object because the case no longer affects you.

EXHIBIT 3
## IF YOU DO NOTHING

**18. What happens if I do nothing at all?**

If you do nothing, you will not receive any monetary award and you will give up your rights to sue Meadowbrook and/or any other Released Parties on a Released Claim. For information relating to what rights you are giving up, see Question 10.

## THE FINAL APPROVAL HEARING

**19. When and where will the Court decide whether to approve the settlement?**

The Court will hold a Final Approval Hearing at _____ a/p.m. on _____ at the United States District Court for the District of New Jersey, 402 E. State Street, Trenton, NJ 08608. At this hearing, the Court will consider whether the Settlement is fair, reasonable and adequate. If there are valid objections that comply with the requirements in Question 14 above, the Court also will consider them and will listen to people who have asked to speak at the hearing. The Court may also decide how much to pay to Class Counsel and Plaintiff.

The Final Approval Hearing may be moved to a different date or time without additional notice, so it is a good idea to check the Settlement Website for updates.

**20. Do I have to come to the hearing?**

No. Class Counsel will appear on behalf of the Settlement Class. But, you are welcome to come, or have your own lawyer appear, at your own expense.

**21. May I speak at the hearing?**

You may ask the Court for permission to speak at the Final Approval Hearing, but only in connection with an objection that you have timely submitted to the Court according to the procedure set forth in Question 16 above. To speak at the Final Approval Hearing, you must also file a document with the Court stating your intention to appear. For this document to be considered, it must include your name, address, telephone number and your signature. The document must be filed with the Court no later than _____. You cannot speak at the hearing if you exclude yourself from the Settlement.

# EXHIBIT 3
# GETTING MORE INFORMATION

**22. How do I get more information?**

This notice is only a summary of the proposed Settlement. You can get a copy of the settlement agreement by visiting the Settlement Website, www._____.com, or you can write to the address below or call the Toll-Free Settlement Hotline, _____. You can also contact Class Counsel with any questions at _____ or _____.

**DO NOT CALL OR WRITE TO THE COURT, THE CLERK OF THE COURT, MEADOWBROOK, OR MEADOWBROOK'S COUNSEL ABOUT THE SETTLEMENT.**