UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TOWN & COUNTRY JEWELERS, LLC, Individually, and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>MEADOWBROOK INSURANCE GROUP, INC. and JOHN DOES (1-10),<br><br>      Defendants. | Civil Action No. 3:15-cv-02519-PGS-LHG<br><br>[Proposed] Final Judgment |

## PCS [~~PROPOSED~~] JUDGMENT

The Court has entered Final Approval of the parties' settlement. Accordingly, the Class's claims against Meadowbrook Insurance Group, Inc. are DISMISSED WITH PREJUDICE, and this Judgment shall issue consistent with Federal Rule of Civil Procedure 58.

SO ORDERED this __13__ day of __December__, 2017.

_____
Hon. Peter G. Sheridan
United States District Judge